Murray *v.* Lynch.

FRANK M. RILEY, trustee, respondent,

*v.*

FRANCIS R. FITHIAN, appellant.

[Filed March 11th, 1903.]

---

JOSEPHINE H. MURRAY et al., appellants,

*v.*

RACHEL A. LYNCH et al., respondents.

[Filed March 4th, 1903.]

On appeal from a decree of the ordinary, whose opinion is reported in *19 Dick. Ch. Rep. 290.*

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion of the ordinary in the court below.

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, FORT, GARRETSON, HENDRICKSON, PITNEY, BOGERT, VREDENBURGH, VOORHEES, VROOM—12.

*For reversal*—None.